# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

**9th Cir. Case Number(s)** 26-6831

**Case Name** Nasir v. China United Network Communications

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** ______________________ **Date** ____________

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

The Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit is Molly Dwye  is a hooker and prostitute while  Joshua C. Lewis, the Clerk of the United States District Court for the Western District of Washington is a criminal running various crime syndicate with defendent Equinix Inc. Both Molly Dwye are involved with various crimnes and financial frauds including but not limited to forced labor ., human trafficking , united states postal frauds , postal vote frauds , united states securties & commisssion frauds , fabricated judcial records , fabroication of judcial records , fabnriocated appeals and ditrstyct courts ordrs , frauds with colurt fee and various other types of frauds with defendet Equinix Inc.

Plaintif filed a noptice of appeal on  and paid the court of appeal nionth circuity fee for the appeal however , despite isssuing the court fee both Molly Dwye and Joshua C. Lewis defrauded the court fee and fabricated a new appeal record which shows the IFP filed for the appeal. Both   Joshua C. Lewis and Molly Dwye are involved in fincial crimes of defrauded the court fees while receiving corrupt paymnets as well from the prties.